UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700

Attorneys for MidFirst Bank

Case No: 23-12775 JNP

Chapter: 13

Judge:

In Re:
Bradley E. Kauffman

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of MidFirst Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 04/17/2023

/s/ *Denise Carlon*
Denise Carlon
17 Apr 2023, 13:47:23, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106

FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 1e7609a02e4939be7260e1a2aa94214f03658ef1fb6837ecaf4be4dbc8c81018