Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−12775−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bradley E Kauffman
  12 Crater Ct.
  Sewell, NJ 08080

Social Security No.:
  xxx−xx−2930

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             12/6/23
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 26, 2023
JAN: kvr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Bradley E Kauffman  
Debtor

Case No. 23-12775-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Oct 26, 2023 | Form ID: 132 | Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bradley E Kauffman, 12 Crater Ct., Sewell, NJ 08080-2401 |
| 519898847 | + | Barbara J. Kauffman, 12 Crater Ct, Sewell, NJ 08080-2401 |
| 519880953 | + | First National Bank Of Omaha, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519880957 | + | Leopold and Associates, PLLC, 80 Business PArk Drive, Suite 110, Armonk, NY 10504-1704 |
| 519880960 | + | Midland Mortgage Company, Po Box 248921, Oklahoma City, OK 73124-8921 |
| 519880964 | | PNC Visa, PO Box 71335, Philadelphia, PA 19176-1335 |
| 519880966 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519937559 | | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245 Trenton, NJ 08695-0245 |
| 519880969 | | TD, PO Box 2580, Cherry Hill, NJ 08034-0372 |
| 519898849 | + | Washington Twp Gloucesters, 523 Egg Harbor Road, Sewell, NJ 08080-2335 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 26 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 26 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519880947 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 26 2023 20:52:00 | Barclays Bank, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 519929237 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 26 2023 20:51:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 519880951 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 26 2023 20:51:00 | Citizens, PO Box 42002, Providence, RI 02940-2002 |
| 519880967 | | Email/Text: cfcbackoffice@contfinco.com | Oct 26 2023 20:51:00 | Surge, PO Box 6812, Carol Stream, IL 60197 |
| 519880948 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 20:56:34 | Cap1/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519880949 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 21:07:39 | Citi Cards, PO Box 8112, South Hackensack, NJ 07606-8112 |
| 519880950 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 21:07:45 | Citibank N A, 701 E 60th St, Sioux Falls, SD 57104-0432 |
| 519880958 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 21:07:51 | Macys, P.O. Box 8218, Mason, OH 45040 |
| 519880952 | | Email/Text: mrdiscen@discover.com | Oct 26 2023 20:51:00 | Discover, P.O.Box 71084, Charlotte, NC 28272-1084 |
| 519892789 | + | Email/Text: mrdiscen@discover.com | Oct 26 2023 20:51:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 519942009 | | ^ MEBN | | |

Case 23-12775-JNP  Doc 27  Filed 10/28/23  Entered 10/29/23 00:15:01  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 26, 2023 | Form ID: 132 | Total Noticed: 41 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Oct 26 2023 20:48:03 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 519880956 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2023 20:52:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519942440 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2023 20:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519938331 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 20:56:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519893728 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2023 20:55:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519880959 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2023 20:56:00 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 519920597 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 26 2023 20:55:55 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519880961 | ^ | MEBN | Oct 26 2023 20:47:27 | Office Of Attorney General, 25 Market St, P.O. Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519938003 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2023 20:51:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519942261 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2023 20:57:15 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519936839 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2023 21:07:50 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519880962 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 20:56:00 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 519880963 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 20:56:51 | Paypal Credit Services, PO Box 960080, Orlando, FL 32896-0080 |
| 519916044 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2023 20:52:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519880968 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 20:56:27 | SYNCB Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519880965 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 26 2023 20:52:00 | Santander, 8585 North Stemmons Freeway, Ste 1100-N, Dallas, TX 75247-3822 |
| 519898848 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 26 2023 20:56:53 | Secretary of Housing and Urban, Development, 451 7th Street, Washington, DC 20410-0001 |
| 519880970 | + | Email/Text: ClericalSupport@tenagliahunt.com | Oct 26 2023 20:51:00 | Tenaglia & Hunt PA, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 519882918 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 26 2023 20:56:53 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519880954 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519880955 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 23-12775-JNP    Doc 27    Filed 10/28/23    Entered 10/29/23 00:15:01    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: 132 | Total Noticed: 41 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Bradley E Kauffman mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5