**Seymour Wasserstrum, Esquire**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
856-696-8300
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

In Re:

Bradley E. Kauffman

Debtor

Chapter 13

Case Number: 23-12775/JNP

Hearing Date:

## CERTIFICATION OF SERVICE

1. I, <u>Kody Seeman</u>:
☐ represent _____ in this matter.

☒ am the secretary/legal assistant for <u>Seymour Wasserstrum, Esq.</u> who represents <u>Debtor(s)</u> in this matter.

☐ am the _____ in this case and am representing myself.

2. On <u>10/31/2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
☒ Order Granting Motion to Vacate Dismissal of Case

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>10/31/2023</u>                                                    /s/ Kody Seeman___
                                                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br><br>U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>(973) 645-3014 | Chapter 13 Trustee<br><br><br><br><br>U.S. Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other: _ECF_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bradley E Kauffman<br>12 Crater Ct.<br>Sewell, NJ 08080<br><br>CITI CARDS<br>PO BOX 8112<br>SOUTH HACKENSACK NJ 07606<br><br>CITIBANK N A<br>701 E 60TH ST<br>SIOUX FALLS SD 57104<br><br>CITIZENS BANK, N.A.<br>ONE CITIZENS DRIVE WAY<br>JCA115<br>JOHNSTON RI 02919<br><br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PHILADELPHIA SERVICE CENTER<br>PHILADELPHIA PA 19101<br><br>DISCOVER BANK<br>DISCOVER PRODUCTS, INC.<br>P.O. BOX 3025<br>NEW ALBANY OH 43054 | Debtor<br><br><br><br>Creditors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| FIRST NATIONAL BANK OF OMAHA<br>BQ & ASSOCIATES, LLO<br>14211 ARBOR STREET<br>OMAHA NE 68144<br><br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101<br><br>INTERNAL REVENUE SERVICE<br>PO BOX 725 SPECIAL PROCEDURES FUCTION<br>SPRINGFIELD NJ 07081<br><br>JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 772813<br>CHICAGO IL 60677<br><br>LEOPOLD AND ASSOCIATES, PLLC<br>80 BUSINESS PARK DRIVE, SUITE 110<br>ARMONK NY 10504<br><br>LVNV FUNDING, LLC<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE SC 29603<br><br>MACYS<br>P.O. BOX 8218<br>MASON OH 45040<br><br>MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10368<br>GREENVILLE SC 29603 | | |

| | | |
|---|---|---|
| MIDFIRST BANK<br>MIDLAND MORTGAGE<br>CASHIERING DEPARTMENT<br>OKLAHOMA CITY OK 73118<br><br>PNC BANK, N.A.<br>P.O. BOX 94982<br>CLEVELAND OH 44101<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>P.O. BOX 12914<br>NORFOLK VA 23541<br><br>QUANTUM3 GROUP, LLC<br>P.O. BOX 2489<br>KIRKLAND WA 98083<br><br>SANTANDER<br>8585 NORTH STEMMONS<br>FREEWAY, STE 1100-N<br>DALLAS TX 75247<br><br>STATE OF NEW JERSEY<br>DEPT OF TREASURY-<br>DIVISION OF TAXATION<br>P.O. BOX 245<br>TRENTON NJ 08695<br><br>SURGE<br>PO BOX 6812<br>CAROL STREAM IL 60197<br><br>SYNCB CARE CREDIT<br>PO BOX 965036<br>ORLANDO FL 32896<br><br>TD<br>PO BOX 2580<br>CHERRY HILL NJ 08034<br><br>TENAGLIA & HUNT PA<br>395 W PASSAIC ST STE 205<br>ROCHELLE PARK NJ 07662 | | |

| | | |
|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT 2000 NORTH CLASSEN BOULEVARD SUITE 3200 OKLAHOMA CITY OK 73106 | | |