Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 23−12775−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bradley E Kauffman
   12 Crater Ct.
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−2930

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 8, 2023.

Dated: December 8, 2023
JAN: cm

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Bradley E Kauffman  
Debtor

Case No. 23-12775-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Dec 08, 2023 | Form ID: plncf13 | Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Bradley E Kauffman, 12 Crater Ct., Sewell, NJ 08080-2401 |
| 519898847 | + | Barbara J. Kauffman, 12 Crater Ct, Sewell, NJ 08080-2401 |
| 519880953 | + | First National Bank Of Omaha, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519880957 | + | Leopold and Associates, PLLC, 80 Business PArk Drive, Suite 110, Armonk, NY 10504-1704 |
| 519880960 | + | Midland Mortgage Company, Po Box 248921, Oklahoma City, OK 73124-8921 |
| 519880964 | | PNC Visa, PO Box 71335, Philadelphia, PA 19176-1335 |
| 519880969 | | TD, PO Box 2580, Cherry Hill, NJ 08034-0372 |
| 519898849 | + | Washington Twp Gloucesters, 523 Egg Harbor Road, Sewell, NJ 08080-2335 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519880947 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 08 2023 20:50:00 | Barclays Bank, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 519929237 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 08 2023 20:49:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 519880951 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 08 2023 20:49:00 | Citizens, PO Box 42002, Providence, RI 02940-2002 |
| 519880967 | | Email/Text: cfcbackoffice@contfinco.com | Dec 08 2023 20:49:00 | Surge, PO Box 6812, Carol Stream, IL 60197 |
| 519880948 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2023 21:02:13 | Cap1/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519880949 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2023 21:02:30 | Citi Cards, PO Box 8112, South Hackensack, NJ 07606-8112 |
| 519880950 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2023 21:02:18 | Citibank N A, 701 E 60th St, Sioux Falls, SD 57104-0432 |
| 519880958 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2023 21:02:17 | Macys, P.O. Box 8218, Mason, OH 45040 |
| 519880952 | | Email/Text: mrdiscen@discover.com | Dec 08 2023 20:49:00 | Discover, P.O.Box 71084, Charlotte, NC 28272-1084 |
| 519892789 | + | Email/Text: mrdiscen@discover.com | Dec 08 2023 20:49:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 519942009 | ^ | MEBN | Dec 08 2023 20:46:59 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |

Case 23-12775-JNP    Doc 34    Filed 12/10/23    Entered 12/11/23 00:13:07    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: plncf13 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519880956 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2023 20:50:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519942440 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 08 2023 20:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519938331 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2023 21:02:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519893728 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2023 21:02:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519880959 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2023 21:02:09 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 519920597 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 08 2023 21:02:23 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519880961 | ^ | MEBN | Dec 08 2023 20:45:43 | Office Of Attorney General, 25 Market St, P.O. Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519938003 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 08 2023 20:49:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519942261 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2023 21:02:28 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519936839 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2023 21:02:17 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519880962 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 08 2023 21:02:07 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 519880963 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 08 2023 21:02:11 | Paypal Credit Services, PO Box 960080, Orlando, FL 32896-0080 |
| 519916044 | | Email/Text: bnc-quantum@quantum3group.com | Dec 08 2023 20:50:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519880966 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 08 2023 20:49:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519937559 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 08 2023 20:49:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519880968 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 08 2023 21:02:13 | SYNCB Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519880965 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 08 2023 20:50:00 | Santander, 8585 North Stemmons Freeway, Ste 1100-N, Dallas, TX 75247-3822 |
| 519898848 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 08 2023 21:02:16 | Secretary of Housing and Urban, Development, 451 7th Street, Washington, DC 20410-0001 |
| 519880970 | + | Email/Text: ClericalSupport@tenagliahunt.com | Dec 08 2023 20:49:00 | Tenaglia & Hunt PA, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 519882918 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 08 2023 21:02:16 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519880954 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| 519880955 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Bradley E Kauffman mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5