Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-12775 (JNP)

Bradley E. Kauffman  
12 Crater Court  
Sewell, NJ  08080

Monthly Payment: $298.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/22/2023 | $240.00 | 06/06/2023 | $240.00 | 07/11/2023 | $240.00 | 08/08/2023 | $240.00 |
| 10/31/2023 | $240.00 | 11/02/2023 | $240.00 | 11/21/2023 | $240.00 | 12/06/2023 | $240.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BRADLEY E. KAUFFMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $3,788.00 | $1,518.72 | $2,269.28 | $1,518.72 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,284.83 | $0.00 | $5,284.83 | $0.00 |
| 2 | LVNV FUNDING, LLC | 33 | $2,753.75 | $0.00 | $2,753.75 | $0.00 |
| 3 | CITI CARDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITIBANK N A | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITIZENS BANK, N.A. | 33 | $4,306.90 | $0.00 | $4,306.90 | $0.00 |
| 6 | DISCOVER BANK | 33 | $22,290.15 | $0.00 | $22,290.15 | $0.00 |
| 7 | FIRST NATIONAL BANK OF OMAHA | 33 | $32,578.22 | $0.00 | $32,578.22 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LEOPOLD AND ASSOCIATES, PLLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MACYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MERRICK BANK | 33 | $2,742.04 | $0.00 | $2,742.04 | $0.00 |
| 14 | MIDFIRST BANK | 24 | $3,248.89 | $0.00 | $3,248.89 | $0.00 |
| 15 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PNC BANK, N.A. | 33 | $1,528.54 | $0.00 | $1,528.54 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,388.48 | $0.00 | $1,388.48 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $13,383.65 | $0.00 | $13,383.65 | $0.00 |
| 19 | SYNCB CARE CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SANTANDER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SURGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | TD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | TENAGLIA & HUNT PA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 33 | $1,026.51 | $0.00 | $1,026.51 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2023 | 7.00 | $0.00 |
| 12/01/2023 | Paid to Date | $1,680.00 |
| 01/01/2024 | 52.00 | $298.00 |
| 05/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,920.00 |
| Total paid to creditors this period: | $1,518.72 |
| Undistributed Funds on Hand: | $216.96 |
| Arrearages: | $58.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

Case 23-12775-JNP    Doc 35    Filed 02/22/24    Entered 02/22/24 20:31:57    Desc Main

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**