UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Bradley Kauffman,

Debtor.

Case No.:        23-12775-JNP

Chapter:              13

Hearing Date:    04/30/2024

Judge:             Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 12 Crater Court (Docket # 36)

_____

Date: 4/26/2024                                    /s/ Denise Carlon
                                                    Signature

*rev.8/1/15*