Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−12775−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bradley E Kauffman
   12 Crater Ct.
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−2930

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/20/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 20, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Bradley E Kauffman  
    Debtor

Case No. 23-12775-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 20, 2024      Form ID: 148      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bradley E Kauffman, 12 Crater Ct., Sewell, NJ 08080-2401 |
| 519898847 | + | Barbara J. Kauffman, 12 Crater Ct, Sewell, NJ 08080-2401 |
| 519880953 | + | First National Bank Of Omaha, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519880960 | + | Midland Mortgage Company, Po Box 248921, Oklahoma City, OK 73124-8921 |
| 519880969 |   | TD, PO Box 2580, Cherry Hill, NJ 08034-0372 |
| 519898849 | + | Washington Twp Gloucesters, 523 Egg Harbor Road, Sewell, NJ 08080-2335 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519880947 |   | EDI: TSYS2 | Sep 21 2024 00:26:00 | Barclays Bank, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 519929237 |   | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2024 20:36:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 519880951 |   | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2024 20:36:00 | Citizens, PO Box 42002, Providence, RI 02940-2002 |
| 519880967 |   | Email/Text: cfcbackoffice@contfinco.com | Sep 20 2024 20:36:00 | Surge, PO Box 6812, Carol Stream, IL 60197 |
| 519880948 | + | EDI: CAPITALONE.COM | Sep 21 2024 00:26:00 | Cap1/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519880949 |   | EDI: CITICORP | Sep 21 2024 00:26:00 | Citi Cards, PO Box 8112, South Hackensack, NJ 07606-8112 |
| 519880950 | + | EDI: CITICORP | Sep 21 2024 00:26:00 | Citibank N A, 701 E 60th St, Sioux Falls, SD 57104-0432 |
| 519880958 |   | EDI: CITICORP | Sep 21 2024 00:26:00 | Macys, P.O. Box 8218, Mason, OH 45040 |
| 519880952 |   | EDI: DISCOVER | Sep 21 2024 00:26:00 | Discover, P.O.Box 71084, Charlotte, NC 28272-1084 |
| 519892789 | + | EDI: DISCOVER | Sep 21 2024 00:26:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 519942009 | ^ | MEBN | Sep 20 2024 20:37:28 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 519880956 |   | EDI: IRS.COM | Sep 21 2024 00:26:00 | Internal Revenue Service, P.O. Box 744, Special |

| Recipient ID | Code | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Procedure Branch, Springfield, NJ 07081 |
| 519942440 | | EDI: JEFFERSONCAP.COM | Sep 21 2024 00:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519938331 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 20:59:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519880957 | ^ | MEBN | Sep 20 2024 20:37:03 | Leopold and Associates, PLLC, 80 Business PArk Drive, Suite 110, Armonk, NY 10504-1704 |
| 519893728 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2024 21:00:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519880959 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2024 20:43:52 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 519920597 | + | EDI: AISMIDFIRST | Sep 21 2024 00:26:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519880961 | ^ | MEBN | Sep 20 2024 20:35:16 | Office Of Attorney General, 25 Market St, P.O. Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519938003 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2024 20:36:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519880964 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2024 20:36:00 | PNC Visa, PO Box 71335, Philadelphia, PA 19176-1335 |
| 519942261 | | EDI: PRA.COM | Sep 21 2024 00:26:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519936839 | | EDI: PRA.COM | Sep 21 2024 00:26:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519880962 | | EDI: SYNC | Sep 21 2024 00:26:00 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 519880963 | | EDI: SYNC | Sep 21 2024 00:26:00 | Paypal Credit Services, PO Box 960080, Orlando, FL 32896-0080 |
| 519916044 | | EDI: Q3G.COM | Sep 21 2024 00:26:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519880966 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 20 2024 20:36:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519937559 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 20 2024 20:36:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519880968 | + | EDI: SYNC | Sep 21 2024 00:26:00 | SYNCB Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519880965 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 20 2024 20:37:00 | Santander, 8585 North Stemmons Freeway, Ste 1100-N, Dallas, TX 75247-3822 |
| 519898848 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 20 2024 20:45:09 | Secretary of Housing and Urban, Development, 451 7th Street, Washington, DC 20410-0001 |
| 519880970 | + | Email/Text: ClericalSupport@tenagliahunt.com | Sep 20 2024 20:36:00 | Tenaglia & Hunt PA, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 519882918 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 20 2024 20:45:09 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519880954 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519880955 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Bradley E Kauffman mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6